THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Terri L. Hars Appellant.
 
 
 

Appeal From Richland County
G. Thomas Cooper, Jr., Circuit Court Judge
Unpublished Opinion No. 2007-UP-422
Submitted October 1, 2007  Filed October 8, 2007

APPEAL DISMISSED

 
 
 
 Chief
 Attorney Joseph L. Savitz, III, South Carolina Commission on Indigent Defense,  of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office
 of the Attorney General, of Columbia;  and Solicitor Warren B. Giese, Solicitor,
  of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Terri Hars appeals her convictions for three counts of
 second degree criminal sexual conduct, one count of incest, and one count of dissemination
 of obscene materials.  She asserts the trial judge erred by allowing the victim
 to testify about her ownership of a small handgun.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Hars appeal and grant counsels motion to be relieved.
 
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.